## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| **CRYSTAL LEE HOWLEY** | ) | **CHAPTER 13** |
| Debtor, | ) | |
| | ) | |
| | ) | **CASE NO. 15-10763-WHD** |
| | ) | |
| **CRYSTAL LEE HOWLEY,** | ) | |
| Movant, | | |
| | | **CONTESTED MATTER** |
| vs. | | |
| | | |
| **BANK OF AMERICA, N.A.** | | |
| Respondent. | | |

### OBJECTION TO PROOF OF CLAIM NUMBER 7-1
### FILED BY BANK OF AMERICA, N.A.

COMES NOW THE DEBTOR in the above-styled Chapter 13 case, by and through counsel, and files this Objection to Proof of Claim Number 7-1 filed by Bank of America, N.A., (the "Objection"), showing to this Court the following:

1.

This Court has jurisdiction in this matter pursuant to 28 USC Section 1334, 151 and 157.

2.

This Court is the venue for this matter pursuant to 28 USC Section 1409.

3.

On April 6, 2015, Debtor filed a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

4.

On August 10, 2015, Bank of America, N.A., Inc. filed a secured claim in the amount of $350,645.73.

5.

Claim is secured by real property located at 1399 Mt. Olympia Circle, South Lake Tahoe, CA 96150. Said real property is owned solely by Debtor's non-filing spouse. The note and deed of trust attached to the proof of claim are signed by the Debtor's spouse and not by the Debtor.

THEREFORE said claim should not be paid and should be stricken.

Respectfully submitted this 29th day of October, 2015.

A. L. Hamilton & Associates, LLC

   /s/  Angela L. Hamilton       .
Angela L. Hamilton
Georgia Bar No. 454087

543 E. Lanier Avenue
Fayetteville, GA 30214
Phone: (770) 716-0140
Fax: (770) 716-0640
Email: angelalham@yahoo.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                        )
                                              )
CRYSTAL LEE HOWLEY                            )    CHAPTER 13
          Debtor,                             )
                                              )
                                              )
_____            )    CASE NO. 15-10763-WHD
                                              )
CRYSTAL LEE HOWLEY,                           )
          Movant,
                                                  CONTESTED MATTER
vs.

BANK OF AMERICA, N.A.
          Respondent.


**NOTICE OF REQUIREMENT OF RESPONSE TO OBJECTION TO CLAIM AND OF
DEADLINE FOR FILING RESPONSE AND NOTICE OF HEARING**


**PLEASE TAKE NOTICE** that the Debtors have filed an Objection to Proof of Claim of
the above referenced Respondent seeking an order disallowing the claim.

**Your right may be affected. You should read these papers carefully and discuss them
with your attorney, if you have one in the bankruptcy case. If you do not have an attorney,
you may wish to consult one.**

If you do not want the Court to grant the relief requested, or if you want the court to
consider your views, then within **30 days** of the date of this Notice, you or your attorney must:

(1) File with the court a written response, explaining your position and views why your
    claim should be allowed as filed. The written response should be filed at the following
    address:


Clerk, United States Bankruptcy Court
P.O. Box 2328
Newnan, Georgia 30263

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date Stated above

(2) Mail or deliver a copy of your written response to the Objector's attorney at the address stated below.  You must attach a Certificate of Service to your written response stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the court may decide that you do not oppose the relief sought, in which event the hearing scheduled below may be cancelled and the may enter an order disallowing your claim as requested without further notice and without a hearing.

If you or your attorney file a timely response, then a hearing will be held in 2nd Floor Courtroom, Lewis R. Morgan Federal Building, 18 Greenville Street, Newnan, Georgia at **9:15 a.m. on December 3, 2015.**  You and your attorney must attend the hearing and advocated your position.

Dated October 29, 2015.

A. L. Hamilton & Associates, LLC

_/s/   Angela L. Hamilton_     .
Angela L. Hamilton
Georgia Bar No. 454087

543 E. Lanier Avenue
Fayetteville, GA 30214
Phone: (770) 716-0140
Fax: (770) 716-0640
Email: angelalham@yahoo.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

This is to certify that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United Stated Mail with adequate postage affixed to insure delivery, addressed to:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303

Crystal Lee Howley
360 Stayman Park
Fayetteville, GA 30215

Abbey M. Ulsh
Barrett Daffin Frappier Levine & Block
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

Ronald Levine
Barrett Daffin Frappier Levine & Block
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

Dated October 29, 2015.

A. L. Hamilton & Associates, LLC

   /s/   Angela L. Hamilton        .
Angela L. Hamilton
Georgia Bar No. 454087

543 E. Lanier Avenue
Fayetteville, GA 30214
Phone: (770) 716-0140
Fax: (770) 716-0640
Email: angelalham@yahoo.com
Attorney for Debtor