

**IT IS ORDERED as set forth below:**

**Date:  January 5, 2016**

_____

**W. Homer Drake
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **CRYSTAL LEE HOWLEY** | ) CHAPTER 13 |
| Debtor, | ) |
| | ) |
| | ) |
| | ) CASE NO. 15-10763-WHD |
| | ) |
| **CRYSTAL LEE HOWLEY,** | ) |
| Movant, | |
| | CONTESTED MATTER |
| vs. | |
| | |
| **BANK OF AMERICA, N.A.** | |
| Respondent. | |

**ORDER SUSTAINING OBJECTION TO PROOF OF CLAIM NUMBER 7-1**

**FILED BY BANK OF AMERICA, N.A.**

The Debtor's Objection to Proof of Claim Number 7-1, Bank of America, N.A, was filed on October 29, 2015 and came before this Court for hearing on December 3, 2015.  No response was filed to the Objection and Respondent did not appear at the hearing.  Therefore, it is hereby

ORDERED that the Objection to Proof of Claim is SUSTAINED, and the proof of claim

filed by Bank of America, N.A., in the amount of $350,645.73 is DISALLOWED.

**END OF DOCUMENT**

Prepared & presented by:
   /s/  *Angela L. Hamilton*     .
Angela L. Hamilton
Georgia Bar No. 454087
A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214
Phone: (770) 716-0140
Fax: (770) 716-0640
Email: angelalham@yahoo.com
Attorney for Debtors


No opposition:
  /s/ *Jonathan S. Adams*       .
Jonathan S Adams
Georgia Bar No. 979073
Office of Adam M. Goodman, 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, Georgia 30303
Phone: (678) 510-1444
Fax: (678) 510-1450
jadams@13trusteeatlanta.com

Distribution List:

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303

Crystal Lee Howley
360 Stayman Park
Fayetteville, GA 30215

Abbey M. Ulsh
Barrett Daffin Frappier Levine & Block
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

Ronald Levine
Barrett Daffin Frappier Levine & Block
15000 Surveyor Blvd., Suite 100
Addison, TX 75001

A.L. Hamilton & Associates, LLC
543 East Lanier Avenue
Fayetteville, GA 30214