UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | | |
|---|---|---|
| IN RE: ) | | CHAPTER 13 |
| CRYSTAL LEE HOWLEY ) | | |
| ) | | CASE NO. 15-10763-WHD |
| DEBTOR ) | | |
| ) | | |

## NOTICE OF PAYMENT OF LATE-FILED CLAIM

COMES NOW ADAM M. GOODMAN, CHAPTER 13 TRUSTEE in the above styled case, and files his **NOTICE OF PAYMENT OF LATE-FILED CLAIM.** The following Proof of Claim was filed after the bar date set forth in the Notice of Commencement of Case issued in this Chapter 13 Case.

| Name and Address of Creditor | Claim Amount | Claim Type |
|---|---|---|
| GREEN TREEDITECH<br>P.O. BOX 6172<br>RAPID CITY, SD 57709 | $59,889.77 | MORTGAGE ARREARS |

Please be advised that the Chapter 13 Trustee shall fund this claim, pursuant to the terms of the confirmed plan, unless an Objection to Claim is filed with the Clerk of Court and served on affected parties and the Chapter 13 Trustee within twenty (20) days of the date of the Certificate of Service. The allowance of this claim does not affect the Debtor's right to object to the substance of the claim. PLEASE GOVERN YOURSELVES ACCORDINGLY.

/s/ ADAM M. GOODMAN
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET N.W.
SUITE 200
ATLANTA, GA 30303
(678)510-1444

## CERTIFICATE OF SERVICE

This is to certify that I have this day served:

Debtor:

CRYSTAL LEE HOWLEY
360 STAYMAN PARK
FAYETTEVILLE, GA 30215

Attorney for Debtor:

A. L. Hamilton & Associates, LLC
543 E. Lanier Avenue
Fayetteville, GA 30214

Creditor:

GREEN TREEDITECH
P.O. BOX 6172
RAPID CITY, SD 57709

in the foregoing matter with a copy of this Notice of Payment of Late-Filed Claim by depositing in the United States Mail a copy of the same in a properly addressed envelope with adequate postage thereon.

This 10th day of August, 2017.

/s/ ADAM M. GOODMAN
ADAM M. GOODMAN, TRUSTEE
STATE BAR NO. 300887
STANDING CHAPTER 13 TRUSTEE
260 PEACHTREE STREET N.W.
SUITE 200
ATLANTA, GA 30303
(678)510-1444