**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**NEWNAN DIVISION**

IN RE:  CASE NO.: 15-10763-WHD

Crystal Lee Howley,  CHAPTER 13

  Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

Pursuant to Rule 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned attorney enters this Notice of Appearance on behalf of DITECH FINANCIAL LLC (hereinafter referred to as "Creditor"), a secured creditor in the above reference case on real property located at 360 STAYMAN PARK, FAYETTEVILLE, GA 30215.  Creditor, through counsel hereby requests that all notices to Debtor or Creditors also be mailed in car of Creditor as follows:

**Andrea Betts, ESQ.**
**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

**RAS CRANE, LLC**

/s/ Andrea L. Betts
Andrea L. Betts
Attorney for Creditor
Georgia Bar # 432863
RAS Crane LLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA  30097
Telephone: 470-321-7112
Fax: 404-393-1425
Email: abetts@rascrane.com

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that on June 13, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

**ANGELA LITTLE HAMILTON**
**A. L. HAMILTON & ASSOCIATES, LLC**
**543 E. LANIER AVENUE**
**FAYETTEVILLE, GA  30214**

**CRYSTAL LEE HOWLEY**
**360 STAYMAN PARK**
**FAYETTEVILLE, GA  30215**

**MELISSA J. DAVEY**
**STANDING CH 13 TRUSTEE**
**SUITE 200**
**260 PEACHTREE STREET, NW**
**ATLANTA, GA  30303**

                                            RAS CRANE, LLC
                                            Attorney for Secured Creditor
                                            10700 Abbott's Bridge Road, Suite 170
                                            Duluth, GA 30097
                                            Telephone: 470-321-7112
                                            Facsimile: 404-393-1425

                                            By: /s/ Andrea Betts
                                            Andrea Betts, Esquire
                                            Georgia Bar Number 432863
                                            Email: abetts@rascrane.com